UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IDEAL SCIENCES, INC.,
a Utah Corporation,

CASE NO.

    Plaintiff,

**COMPLAINT**

v.

STRATUS TOOLS, LLC,
a Florida Limited Liability Company,
MODESTLY BRILLIANT, INC,
a Florida Corporation,

    Defendants.
_____/

    Plaintiff, IDEAL SCIENCES, INC., ("Ideal Sciences"), by and through undersigned counsel, brings this action against Defendants, STRATUS TOOLS, LLC ("Stratus Tools"), and MODESTLY BRILLIANT, INC., ("Modestly Brilliant") (collectively, "Defendants"), and alleges as follows:

## INTRODUCTION

    1.    This is an action by Ideal Sciences to recover damages arising from infringement of Ideal Sciences' copyrights in its creative works by Defendants, Stratus Tools and Modestly Brilliant, and to enjoin Defendants from future infringement. As alleged in more detail below, Defendants reproduced, distributed, transmitted, and displayed materials that copy verbatim or incorporate substantial portions of Ideal Sciences' copyrighted protected works.

## THE PARTIES

    2.    Plaintiff, Ideal Sciences, Inc., is a corporation duly organized under the laws of the state of Utah, with its principal place of business located at 190 Cutler Drive, Suite #D, North Salt Lake, UT, 84054. Ideal Sciences specializes in designing, manufacturing, and developing sensors,

including its wireless-enabled temperature sensing products marketed and sold under Plaintiff's federally registered Temp Stick® trademark.

3. Defendant Stratus Tools, LLC, is a limited liability company organized under the laws of the state of Florida, with its principal place of business located in Boca Raton, Florida. Stratus Tools markets and sells a wireless enabled temperature sensing device called Temp IQ, which the Defendant markets as a direct competitor to Plaintiff's Temp Stick® devices.

4. Defendant Modestly Brillian, Inc., is a corporation organized under the laws of the state of Florida, with its principal place of business located in Jupiter, Florida. Upon information and belief, Modestly Brilliant was retained by Stratus Tools to provide various marketing and sales services, including, but not limited to, promoting and advertising Stratus Tools' Temp IQ devices via Amazon's e-commerce store at *https://www.amazon.com/SafeSense-TEMPIQ-Wireless-Temperature-Humidity/dp/B0CY9TVL2L/?th=1*.

## JURISDICTION AND VENUE

5. This is an action for copyright infringement under the Copyright Act of 1976, 17 U.S.C. § 101 et. seq. (the "Copyright Act).

6. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1338(a) (jurisdiction over copyright and trademark matters).

7. Venue is proper in this District under 28 U.S.C. § 1391 (b) and (c) because the Defendants reside and conduct business in this District and a substantial part of the events giving rise to this action occurred in this District.

## FACTUAL BACKGROUND

8. Ideal Sciences' product packaging and website features original text, and original arrangements and compilations of graphic illustrations, which constitute creative expressions protected by copyright law.

9. Ideal Sciences is the owner of the following copyrighted works at issue in this action:

(a) THERMOMETER GRAPHIC CAPTIONS (Case 1-014729361185, as TX 9-474-895). A true copy of the Registration Certificate is attached hereto as **Exhibit "A."**

(b) THERMOMETER GRAPHIC (Case 1-14400134881, registered as VA 2-435-810). A true copy of the Registration Certificate is attached hereto as **Exhibit "B."**

(c) HIGHLIGHTS OVERVIEW (Case 1-14400134920, registered as TXu 2-457-010). A true copy of the Registration Certificate is attached hereto as **Exhibit "C."**

(d) PRODUCT PACKAGING (Case 1-14710933271, registered as VA 2-445-097. A true copy of the Registration Certificate is attached hereto as **Exhibit "D."**

(The foregoing collectively referred to as the "Works").

10. Ideal Sciences has exclusive rights under U.S. copyright law in the Works, which are widely published and distributed by Ideal Sciences through Ideal Sciences' website "tempstick.com," and through numerous e-commerce marketplace platforms such as those hosted at Amazon.com, ebay.com, Walmart.com, and are of substantial commercial value to Ideal Sciences.

11. Defendants have engaged in unauthorized reproduction, publication, distribution, and display of Ideal Sciences' Works.

12. Ideal Sciences' Works were reproduced and displayed by Stratus Tools on Stratus Tools' website, *stratus-tools.com,* and *safesensepro.com*, including unauthorized copies of Ideal

Sciences copyrighted thermometer graphics, product highlights, overview text and graphics, and packaging illustrations originated by Ideal Sciences.

13. The Defendant Modestly Brilliant illegally reproduced and displayed Ideal Sciences' Works on the Amazon.com's e-commerce platform in connection with the advertisement and listing for sale of Stratus Tools' "Temp IQ" devices.

14. The following examples illustrate some, but not all, of Defendants' knowing and willful infringement of Plaintiff's Works:

THERMOMETER GRAPHICS AND GRAPHICS CAPTIONS

| Ideal Sciences' Work 1-14729361185 TX- 9-474-895 |  |

| | |
|---|---|
| Ideal Sciences' Work<br><br>1-1440013881<br>VA 2-435-810 |  |
| **Stratus Tools' Infringement**<br><br>*As seen on <stratus-tools.com>, last visited January 9, 2025* | |

HIGHLIGHTS OVERVIEW (1)

| Ideal Sciences' Work 1-14400134920 TXu 2-457-010 |  |
|---|---|
| **Stratus Tools' Infringement**<br><br>*As seen on &lt;safesensepro.com&gt; , last visited January 9, 2025* | |

HIGHLIGHTS OVERVIEW (2)

| | |
|---|---|
| Ideal Sciences' Work<br>1-14400134920<br>TXu 2-457-010 |  |
| Stratus Tools' Infringement<br><br>*As seen on &lt;stratus-tools.com&gt;, last visited January 9, 2025* | |

PRODUCT PACKAGING

| | |
|---|---|
| Ideal Sciences' Work<br>1-14710933271<br>VA 2-445-097 |  |
| **Stratus Tools' Infringement**<br><br>*As seen on <safesensepro.com>, last visited January 9, 2025* |  |

15. Prior to displaying their infringing materials, the Defendants were fully aware of Ideal Sciences' Works. Instead of investing the necessary time and resources to develop their own original creations, Defendants chose to compete with Plaintiff by copying the Plaintiff's Works. Defendant's illegal copying of Plaintiff's Works is intentional and designed to divert revenues from the sale of competing products to the Defendants that rightfully belong to the Plaintiff.

16. The Defendants' access to and deliberate infringement of Plaintiff's Works is further demonstrated by the following described submission made by Defendant Modestly Brilliant to the U.S. Patent and Trademark Office: On or about March 20, 2024, Modestly Brilliant filed a specimen, at the direction of and on Defendant Stratus Tools' behalf, in support of Stratus Tools' trademark application for the word mark SAFESENSE. The submitted specimen, shown below, is undeniable evidence of the Defendants' "copy/paste" infringement practices, as the Defendants were so brazen and careless that they failed to change the website address pasted on



the packaging specimen, directing users to log in at the Plaintiff's website, *"mytempstick.com"* instead of Stratus Tools' website.

17. In addition, the wording displayed on the back of the Defendant Stratus Tools' packaging - "**Wifi Shield Internet lost/found alerts. Logs and restores data when Wifi is offline,**"-- is a near verbatim replication of the Plaintiff's original word choice in Plaintiff's Highlights Overview Work, TXu002457010: **"Wifi Shield™ Internet lost/found alerts. Logs and restores data when Wifi is offline."** Defendants' packaging not only mirrors the Plaintiff's wording but also copies the term WiFi Shield™ verbatim—a term originally used by Plaintiff.

18. On or about January 9, 2025, Plaintiff sent cease and desist letters to both Defendants. Despite receiving Plaintiff's demand to immediately stop infringing Plaintiff's Works, the Defendants failed to respond and instead they continue, to this day, to infringe Plaintiff's Works.

19. All conditions precedent to this action have been satisfied by Plaintiff or waived by the Defendants.

## COUNT I

## Copyright Infringement (17 U.S.C. § 101 et. seq.)

20. Plaintiff incorporates by reference paragraphs 1 through 19 as though fully set forth herein.

21. Plaintiff is the exclusive owner and proprietor of copyrights in the Works.

22. Defendants have not been granted a license or any other form of permission or right to reproduce, distribute, display, or exploit Plaintiff's Works.

23. Through Defendants' actions alleged herein, Defendants have infringed and will continue to infringe upon the Plaintiff's copyright in and relating to the Works by reproducing, distributing, displaying and otherwise commercially exploiting Plaintiff's Works.

24. Plaintiff is entitled to an injunction restraining Defendants, their agents and employees and all persons acting in concert with them, from engaging in further acts in violation of the copyright laws and infringement on Plaintiff's rights.

25. Plaintiff has no adequate remedy at law for Defendants' wrongful conduct in that Plaintiff's Works are valuable property that provide Plaintiff a competitive advantage in the marketplace, the infringement by Defendants constitutes interference with Plaintiff's good will, and Defendant's wrongful conduct, and the damages resulting to Plaintiff's from that conduct is continuing. Defendants have the ability to continue to infringe the Plaintiff's Works unless enjoined from doing so by the Court. Plaintiff is therefore entitled to preliminary and permanent injunctive relief pursuant to 17 U.S.C. §502.

26. Plaintiffs are further entitled to recover from Defendants, jointly and severally, the damages sustained and that will be sustained, and any gains and profits obtained by Defendant as a result of its acts of infringement of Plaintiff's Works. At present, the amount of such damages, gains and profits cannot be determined by Plaintiff with specificity, but are reasonably believed to exceed $ 150,000.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Ideal Sciences, Inc., respectfully requests judgment in Plaintiff's favor as follows:

(1) That the Court enter judgment against the Defendants finding that Defendants have willfully infringed Plaintiff's copyrights under 17 U.S.C. §501.

(2) That the Court issue an injunction against the Defendants, their agents, representatives, servants, employees, successors and assigns, and all others in concert with Defendants, enjoining and restraining from copying, posting, displaying, or making any other infringing use or infringing distribution of Plaintiff's copyrighted works.

(3) That the Court order Defendants to pay Plaintiff's compensatory damages as permitted by law pursuant to 17 U.S.C. §504 (b).

(4) That the Court order Defendants to pay Plaintiff the costs incurred by Plaintiff in prosecuting this action pursuant to 17 U.S.C. § 504.

(5) That the Court grant Plaintiff such other and additional relief as the Court deems just and proper.

## JURY TRIAL DEMAND

Plaintiff demands trial by jury on all issues so triable as a matter of right.

Respectfully submitted,

**THE MILIAN LEGAL GROUP, PLLC**

1395 Brickell Ave., Suite 800
Miami, Florida 33131
T: 786-808-9736
David@lawmilian.com
elizabeth@lawmilian.com
pleadings@lawmilian.com
By: */s/ David P. Milian*
David P. Milian, Esq.
Fla. Bar No. 844421

*Counsel for Plaintiff*